# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clay, Eric L. | Sixth Circuit Court of Appeals | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active Status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Court of Appeals
Theodore Levin Courthouse
231 W. Lafayette, Rm. 433
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America | A | Interest | M | T | | | | | |
| 2. Franklin Small-Mid Caps Growth | A | Dividend | M | T | Distributed (part) | 12/15/20 | J | D | |
| 3. Franklin Mutual Global Discovery | C | Dividend | M | T | Distributed (part) | 10/02/20 | J | A | |
| 4. Putnam Equity Income FD New CLA | A | Dividend | L | T | Distributed (part) | 12/30/20 | L | C | |
| 5. Putnam Trust Multi Cap Case A | A | Dividend | L | T | Distributed (part) | 12/08/20 | L | A | |
| 6. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 7. Eaton Vance Floating Rate FD | B | Dividend | M | T | Distributed (part) | 12/17/20 | J | A | |
| 8. | | | | | Sold (part) | 03/09/20 | M | D | |
| 9. | | | | | Buy | 10/30/20 | L | | |
| 10. | | | | | Buy | 12/07/20 | L | | |
| 11. IShares MSCI Emerging MKTS ETF | A | Dividend | K | T | Buy | 01/02/20 | K | | |
| 12. | | | | | Buy | 01/03/20 | K | | |
| 13. | | | | | Sold | 02/25/20 | K | C | |
| 14. | | | | | Buy | 06/09/20 | K | | |
| 15. IShares MSCI EAFE ETF | A | Dividend | K | T | Buy | 08/04/20 | K | | |
| 16. IShares S&P Mid-Cap 400 Value ETF | A | Dividend | | | Sold | 02/27/20 | K | B | |
| 17. IShares S&P Mid-Cap 400 Growth ETF | A | Dividend | K | T | Sold | 02/28/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy | 05/28/20 | K | | |
| 19. IShares S&P Small-Cap 600 Growth | A | Dividend | K | T | Sold | 02/28/20 | K | | |
| 20. | | | | | Buy | 06/08/20 | K | | |
| 21. | | | | | Sold | 09/24/20 | K | B | |
| 22. | | | | | Buy | 11/24/20 | K | | |
| 23. IShares S&P Small-Cap 600 Value ETF | A | Dividend | | | Sold | 02/27/20 | K | B | |
| 24. | | | | | Buy | 06/09/20 | K | | |
| 25. | | | | | Sold | 09/14/20 | K | B | |
| 26. IShares Micro-Cap ETF | A | Dividend | | | Sold | 02/28/20 | J | A | |
| 27. IShares S&P 500 Value ETF | A | Dividend | L | T | Buy | 11/11/20 | L | | |
| 28. IShares S&P 500 Growth ETF | A | Dividend | L | T | Buy | 04/28/20 | K | | |
| 29. SPDR S&P 500 ETF | B | Dividend | | | Sold<br>(part) | 03/02/20 | K | D | |
| 30. | | | | | Sold | 09/23/20 | K | D | |
| 31. FHLMC CMO 5049 YU | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 32. FHLMC CMO 4860 CU | A | Interest | J | T | Redeemed<br>(part) | 12/31/20 | J | A | |
| 33. FHLMC CMO 4942 AZ | A | Interest | J | T | Redeemed<br>(part) | 12/31/20 | K | A | |
| 34. | | | | | Buy | 01/13/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. FHLMC CMO 4993 UQ | A | Interest | J | T | Redeemed (part) | 12/31/20 | J | A | |
| 36. | | | | | Buy | 06/26/20 | J | | |
| 37. FHLMC CMO 5009 TQ | A | Interest | K | T | Redeemed (part) | 12/31/20 | J | A | |
| 38. | | | | | Buy | 09/01/20 | K | | |
| 39. FHLMC CMO 5019 JT | A | Interest | J | T | Redeemed (part) | 12/31/20 | J | A | |
| 40. | | | | | Buy | 09/30/20 | J | | |
| 41. FNMA CMO 2012-138 YE | A | Interest | J | T | Redeemed (part) | 12/31/20 | J | A | |
| 42. FNMA CMO 2016-54 MA | A | Interest | J | T | Redeemed (part) | 12/31/20 | J | A | |
| 43. | | | | | Buy | 04/08/20 | K | | |
| 44. FNMA CMO 2018-49 KA | A | Interest | J | T | Redeemed (part) | 12/31/20 | K | A | |
| 45. FNMA CMO 2020-59 KA | A | Interest | K | T | Buy | 07/09/20 | K | | |
| 46. GNMA CMO 2019-140 GT | A | Interest | J | T | Redeemed (part) | 12/31/20 | K | A | |
| 47. | | | | | Buy | 01/10/20 | K | | |
| 48. GNMA CMO 2020-015 NA | A | Interest | K | T | Buy | 02/26/20 | K | | |
| 49. GNMA CMO 2020-102 N | A | Interest | K | T | Redeemed (part) | 12/31/20 | J | A | |
| 50. | | | | | Buy | 07/27/20 | K | | |
| 51. GNMA CMO 2020-122 MA | A | Interest | K | T | Buy | 08/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | GNMA CMO 2020-134 XB | A | Interest | J | T | Buy | 09/29/20 | J | | |
| 53. | GNMA CMO 202-160 KU | A | Interest | K | T | Buy | 10/30/20 | K | | |
| 54. | FNMA CMO 20-7 LA | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 55. | | | | | | Buy | 01/28/20 | J | | |
| 56. | GNMA CMO 2020-015 YA | A | Interest | | | Redeemed | 12/31/20 | K | A | |
| 57. | | | | | | Buy | 02/27/20 | J | | |
| 58. | | | | | | Buy | 02/27/20 | K | | |
| 59. | Fed National MTG Assn CMO 2017-21 GA | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 60. | Fed National MTG CMO 2017-57 CA | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 61. | FHLMC PC prepay PRM 30 CMO 4116 KC | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 62. | FHLMC PC prepay PRM 30 CMO 4602 ZM | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 63. | Fed Home Loan MTG CORP CMO 4706 LQ | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 64. | Freddie MAC CMO 4919 YA | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 65. | Ginnie MAE CMO 2017-170 QU | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 66. | Ginnie MAE CMO 2016-170 A | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 67. | Government National MTG ASSN CMO 2018-077 | A | Interest | | | Redeemed | 12/31/20 | K | A | |
| 68. | Government National MTG ASSN CMO 2018-160 AH | A | Interest | | | Redeemed | 12/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Government National MTG ASSN 2019-005 KV | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 70. Government National MTG ASSN CMO 2019-035 JE | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 71. Government National MTG ASSN 2019-071 UG | A | Interest | | | Redeemed | 12/31/20 | J | A | |
| 72. Government National MTG ASSN CMO 2019-092 GA | A | Interest | | | Redeemed | 12/31/20 | K | A | |
| 73. U.S. Treasury Bills 01/30/20 | A | Interest | | | Sold (part) | 01/27/20 | K | A | |
| 74. | | | | | Redeemed | 01/30/20 | K | A | |
| 75. U.S. Treasury Bills 02/27/20 | A | Interest | | | Buy | 01/29/20 | J | | |
| 76. | | | | | Redeemed | 02/27/20 | J | A | |
| 77. U.S. Treasury Bills 03/26/20 | A | Interest | | | Buy | 02/27/20 | J | | |
| 78. | | | | | Redeemed | 03/26/20 | J | A | |
| 79. U.S. Treasury Bills 05/28/20 | A | Interest | | | Buy | 04/29/20 | M | | |
| 80. | | | | | Redeemed | 05/28/20 | M | A | |
| 81. U.S. Treasury Bills 06/25/20 | A | Interest | | | Buy | 05/27/20 | M | | |
| 82. | | | | | Redeemed | 06/25/20 | M | A | |
| 83. U.S. Treasury Bills 07/30/20 | A | Interest | | | Buy | 06/24/20 | M | | |
| 84. | | | | | Redeemed | 07/30/20 | M | A | |
| 85. U.S. Treasury Bills 08/27/20 | A | Interest | | | Buy | 07/29/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Redeemed | 08/27/20 | M | A | |
| 87.  U.S. Treasury Bills 09/24/20 | A | Interest | | | Buy | 08/27/20 | M | | |
| 88. | | | | | Redeemed | 09/24/20 | M | A | |
| 89.  U.S. Treasury Bills 10/29/20 | A | Interest | | | Buy | 09/24/20 | M | | |
| 90. | | | | | Redeemed | 10/29/20 | M | A | |
| 91.  U.S. Treasury Bills 11/27/20 | A | Interest | | | Buy | 10/29/20 | M | | |
| 92. | | | | | Redeemed | 11/27/20 | M | A | |
| 93.  U.S. Treasury Bills 12/24/20 | A | Interest | | | Buy | 11/25/20 | M | | |
| 94. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 95. | | | | | Redeemed | 12/24/20 | M | A | |
| 96.  U.S. Treasury Bills 01/28/21 | A | Interest | M | T | Buy | 12/23/20 | M | | |
| 97.  TD Ameritrade Money Market | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

With respect to the assets set forth on line 17 and line 19, this report accurately indicates that the assets were owned on the last day of the reporting period; further, the transactions reported on line 17 and line 19 were not partial dispositions.

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Clay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544